**Order filed September 15, 2016**



# In The

# Eleventh Court of Appeals

_____

## No. 11-16-00241-CV

_____

## IN THE MATTER OF L.M.B., A JUVENILE

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. 6733**

## O R D E R

This is an accelerated appeal from an order in which a juvenile court waived its jurisdiction and transferred the cause to a criminal district court. *See* TEX. FAM. CODE ANN. § 54.02 (West 2014), § 56.01(h), (h-1) (West Supp. 2016). Upon docketing this case, the clerk of this court noted in a letter to the parties that it did not appear that Appellant had filed an affidavit of indigence or remitted the $205 filing fee. *See* TEX. R. APP. P. 20.1. In response to this court's letter, Appellant's counsel has filed a motion to abate this appeal. In the motion, counsel states that Appellant and his father "have failed and refused to contact" counsel despite counsel's request that they do so. Counsel requests that we abate this appeal to

permit the trial court to hold a hearing to determine whether Appellant still desires to appeal this matter and to also determine the issue of indigence. Counsel's motion is well-taken.

Consequently, we abate the appeal so that Appellant and his father, if indigent, may file in the trial court proper affidavits of indigence or statements of inability to afford payment of court costs.[1] *See* FAM. § 56.01(*l*) (stating that child, his parent, or other person responsible for support of the child may be ordered to pay the child's costs of appeal, including the costs of representation by an attorney, unless the court determines the person to be ordered to pay the costs is indigent); *see also id.* § 56.01(m). We will reinstate the appeal upon receiving either (a) a supplemental clerk's record containing (1) a proper affidavit of indigence or statement of inability to afford payment of court costs and (2) any order entered by the trial court or (b) the $205 filing fee. Should Appellant or a person responsible for Appellant's support fail to either file appropriate documentation of indigence or pay this court's filing fee by October 5, 2016, this court may dismiss the appeal pursuant to TEX. R. APP. P. 42.3.

Appellant's motion is granted, and the appeal is abated.

PER CURIAM

September 15, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]We note that the trial court's order reflects that Appellant's father was duly and properly served with a summons and that he was present at the hearing.